UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 1, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET SILVIA,<br><br>Defendant. | Case No. 2:13-mj-00335-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARGARET SILVIA ,

Case No.  2:13-mj-00335-DAD   Charge 21 § 846 , from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

__X__  Bail Posted in the Sum of $   100,000

\_\_\_\_\_  Unsecured Appearance Bond $

\_\_\_\_\_  Appearance Bond with 10% Deposit

__X__  Collateral Bond secured by property, *but unsecured* ~~and~~ *DAD*
*Signature bond until property posted.*

\_\_\_\_\_  Corporate Surety Bail Bond

__X__  (Other): Pretrial conditions. Released to the third party custody of father. Ordered to appear in the District of Montana on 11/20/2013 at 1:30 PM before Magistrate Judge Lynch  *DAD*

Issued at Sacramento, California on ~~October 31,~~ *November 1*  2013 at _____

By: *Dale A. Drozd*

Magistrate Judge Dale A. Drozd